379 A.2d 625

Wolbach et ux., Appellants, v. Fay et al.

Argued

June 16, 1977. John Kocsis, with him Dowd & Kocsis, for appellants; John W. Schmitthenner, with him Maurice L. Epstein, for appellee, John A. Fay; W. Marshall Dawsey, and Griffin and Dawsey, submitted a brief for appellees, Calhoun; Robert J. Murphy, and Davis and Murphy, submitted a brief for appellees, Barber.

Order affirmed.